UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YAUHENI DAUZHANOK, an individual; AESMART LLC, a Wyoming limited liability company; and DOES 1-10, d/b/a "aesmart.io" and "amzexpertassistance.com",<br><br>Defendants. | No. 2:24-cv-825<br><br>**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION** |

**NOTICE OF COUNTERFEIT ENFORCEMENT ACTION**

Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC notify the Court that this case is a Counterfeit Enforcement Action subject to General Order 03-23. Under that General Order, the assigned District Judge may refer the action to Magistrate Judges Hon. Michelle L. Peterson, Hon. Brian A. Tsuchida, or Hon. S. Kate Vaughan to handle all issues related to service.

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  DATED this 11th day of June, 2024.

2                                                          DAVIS WRIGHT TREMAINE LLP
                                                            *Attorneys for Plaintiffs*
3

4                                                          *s/ Scott R. Commerson*
                                                            Scott R. Commerson, WSBA #58085
5                                                          865 South Figueroa Street, Suite 2400
                                                            Los Angeles, CA 90017-2566
6                                                          Tel: (213) 633-6800
                                                            Fax: (213) 633-6899
7                                                          Email: scottcommerson@dwt.com

8                                                          Lauren Rainwater, WSBA #43625
                                                            920 Fifth Avenue, Suite 3300
9                                                          Seattle, WA 98104-1604
                                                            Tel: (206) 622-3150
10                                                         Fax: (206) 757-7700
                                                            Email: laurenrainwater@dwt.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF COUNTERFEIT ENFORCEMENT ACTION - 2