UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES, INC., <br><br>Plaintiffs, <br><br>v. <br><br>YAUHENI DAUZHANOK, AESMART LLC, and DOES 1-10, <br><br>Defendants. | CASE NO. 2:24-cv-00825-MJP <br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

At the request of the Parties, the Court hereby extends the initial deadlines as follows: (1) the Rule 26(f) Conference must occur by September 26, 2024; (2) the Parties must make their

MINUTE ORDER - 1

1 | Initial Disclosures under Rule 26(a)(1) by October 3, 2024; and (3) the Parties must file their

2 | Joint Status Report by October 9, 2024.

3 |     The clerk is ordered to provide copies of this order to all counsel.

4 |     Filed August 26, 2024.

                                      Ravi Subramanian
                                      Clerk of Court

                                      s/Kathleen Albert
                                      Deputy Clerk

MINUTE ORDER - 2