The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>YAUHENI DAUZHANOK, an individual; AESMART LLC, a Wyoming limited liability company; and DOES 1-10, d/b/a "aesmart.io" and "amzexpertassistance.com",<br><br>Defendants. | No. 2:24-cv-00825-MJP<br><br>[PROPOSED] ORDER TERMINATING RULE 26 DEADLINES AND SETTING DEADLINE TO FILE DEFAULT JUDGMENT MOTION |

THIS MATTER came before the Court on the motion of Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (together, "Plaintiffs") to Terminate Rule 26 Deadlines and Set Deadline to File Default Judgment Motion ("Motion"). The Court has considered Plaintiffs' Motion and the governing law. Accordingly, it is hereby ORDERED:

 A. Plaintiffs' Motion to Terminate Rule 26 Deadlines and Set Deadline to File Default Judgment Motion is **GRANTED**;

 B. All Rule 26 deadlines set in this case are hereby terminated; and

 C. Plaintiffs' deadline to file a Motion for Default Judgment is extended to 60 days from the date of this Order.

[PROPOSED] ORDER TERMINATING RULE 26 DEADLINES AND SETTING DEADLINE TO FILE DEFAULT JUDGMENT MOTION- 1
(2:24-cv-00825-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 4th day of October, 2024.

*[signature]*

THE HONORABLE MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

John D. Freed, *Pro Hac Vice*
50 California Street, 23rd Floor
San Francisco, CA 94111
Tel: (415) 276-6500
Fax: (415) 276-6599
Email: jakefreed@dwt.com

[PROPOSED] ORDER TERMINATING RULE 26 DEADLINES AND SETTING DEADLINE TO FILE DEFAULT JUDGMENT MOTION- 2
(2:24-cv-00825-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax